1   **WO**

2

3

4

5

6               **IN THE UNITED STATES DISTRICT COURT**

7                   **FOR THE DISTRICT OF ARIZONA**

8

9   Cherly K Jones,                              No. CV-23-01502-PHX-DJH

10              Plaintiff,                        **ORDER**

11  v.

12  Wells Fargo Bank NA, et al.,

13              Defendants.

14

15          On December 12, 2023, the Court ordered Cherly K Jones ("Plaintiff") to (a) show

16  cause why this matter should not be dismissed for failing to serve Defendant Wells Fargo

17  Bank NA ("Wells Fargo") and Defendant First American Title Company ("First

18  American") (collectively "Defendants"), or (b) otherwise demonstrate how service has

19  been made on Defendants in accordance with the Federal Rules of Civil Procedure.

20  (Doc. 26).  Plaintiff has since responded to the Court's Order.  (*See* Doc. 27).  Therein,

21  Plaintiff claims she has sufficiently served Defendants because they participated in and had

22  full knowledge of the underlying state court action.[1] (*Id*. at 2).  The record shows, however,

23  that Defendants have not been adequately served in either the state court action or this

24  action.  (*See* Docs. 1 at 1; 22).

25          The Court has explicitly explained to Plaintiff why her efforts to effectuate service

26  were insufficient:

27  / / /

28
---
[1] Plaintiff initially filed her a complaint in Maricopa County Superior Court (*see Sealed* Doc. 1-3), which Defendants removed to this Court (*see generally Sealed* Doc. 1).

1

2

3

4

5

6

7

-      Plaintiff's attempts at serving Wells Fargo were insufficient because "(1) she did not include a summons directed to Defendant Wells Fargo, Ariz. R. Civ. P. 4(a)(3); (2) there is no indication service was directed to the registered agent for service of process for Wells Fargo, Ariz. R. Civ. P. 4.1(i); (3) Plaintiff did not have leave of Court to serve Wells Fargo by certified mail, Ariz. R. Civ. P. 4.1(k); and (4), assuming Wells Fargo could be considered an out-of-state party, Plaintiff's affidavit of service does not include an attached, signed receipt (doc. 22 at 10, 13), Ariz. R. Civ. P. 4.2(c)(2)(C)." (Doc. 23 at 5);

8

9

10

-      Plaintiff's attempts at serving First American were insufficient because "Defendant's knowledge of the suit alone does not confer jurisdiction." (*Id*. at 7).

11

12

13

Plaintiff has been on notice of the ineffective service, has failed to show cause justifying her failure to effectuate service, and has not sought an extension of time to cure the service deficiencies.

14

     Accordingly,

15

     **IT IS ORDERED** that the Clerk of Court is kindly directed to terminate this matter.

16

     Dated this 4th day of January, 2024.

17

18

19

20

     Honorable Diane J. Humetewa
      United States District Judge

21

22

23

24

25

26

27

28